**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| TERRY KINAVEY, | : | No. 278 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WEST JEFFERSON HILLS SCHOOL | : | |
| DISTRICT AND BOARD OF DIRECTORS | : | |
| OF WEST JEFFERSON HILLS SCHOOL | : | |
| DISTRICT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.